UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
_Portland_ DIVISION

Derek Bluford
_____

_(Enter full name of plaintiff(s))_

    Plaintiff(s),

        v.

See Attachment titled "All Defendants"
_____

_(Enter full name of ALL defendant(s))_

    Defendant(s).

Civil Case No.  3:22-cv-01005-SI
_____
_(to be assigned by Clerk of the Court)_

**APPLICATION TO PROCEED**
_IN FORMA PAUPERIS_

    I, Derek Bluford      , declare that I am the plaintiff in the above-entitled proceeding. In support of my request to proceed without prepayment of fees under 28 U.S.C. § 1915, I declare that I am unable to pay the fees for these proceedings or give security therefor, and that I am entitled to the relief sought in the complaint or petition.

In support of this application, I answer the following questions:

1.    Are you currently incarcerated?  ☑ Yes    ☐ No

    If "Yes," state the place of your incarceration:  Bureau of Prisons, FCI Sheridan

    **If "Yes" and you are filing a civil action or habeas corpus proceeding, have the institution fill out the Certificate portion of this application and attach a certified copy of your prison trust account showing transactions for the past six (6) months.**

2.    Are you currently employed?   ☐ Yes  ☑ No  ☐ Self-employed

    a.    If the answer is "Yes," state:

        Employer's name: _____

        Employer's address: _____

        Amount of take-home pay or wages: $_____ per _____ _(specify pay period)_

All Defendants

1) Warden DeWayne Hendrix
2) Assistant Warden R. Bills
3) Case Manager Coordinator Mrs. Bunsel
4) Dr. Andrew Grasley
5) Unit Manager Mr. Sponselor
6) Dr. Campagna
7) Correctional Counselor A. Rodriguez
8) Correctional Counselor Brent Cray
9) Case Manager Ayala-Pena
10) SIS Lt. David Prock Jr.
11) DOES 1-99

b.      If the answer is "No," state:

Name of last employer: _FCI Sheridan - Tutor_

Address of last employer: _P.O. Box 8000, Sheridan, OR 97378_

Date of last employment: _10/2021 - 11/2021_

Amount of take-home salary or wages: $_8.00_ per _Month_ (*specify pay period*)

3.      Is your spouse employed? ☐ Yes ☑ No ☐ Self-employed ☑ Not applicable

a.   If the answer is "Yes," state:

Employer's name: _____

Employer's address: _____

Amount of take-home pay or wages:  $_____ per _____ (*specify pay period*)

b.   Do you have access to your spouse's funds to pay the filing fee in this case? ☐ Yes ☑ No

Please explain your answer below:

_Seperating / Divorced_

c.   If your spouse's income or assets are available to you to pay the filing fee in this case, would your spouse have enough money left to pay for his or her own expenses?

☐ Yes ☑ No   If the answer is "No," please explain below:

_My spouse and I are seperating_

4.      In the past 12 months have you received any money from any of the following sources?

a.      Business, profession, or other self-employment ☐ Yes ☑ No

If "Yes," state:  Amount received:      $ _____

               Amount expected in future:  $ _____

b.      Rent payments, interest, or dividends     ☐ Yes ☑ No

If "Yes," state:  Amount received:      $ _____

               Amount expected in future:  $ _____

c.    Pensions, annuities, or life insurance payments    ☐ Yes ☑ No

    If "Yes," state:   Amount received:       $ _____

                   Amount expected in future:    $ _____

d.    Disability or workers' compensation payments    ☐ Yes ☑ No

    If "Yes," state:   Amount received:       $ _____

                   Amount expected in future:    $ _____

e.    Gifts or inheritances                  ☑ Yes ☐ No

    If "Yes," state:   Amount received:       $ 300 +

                   Amount expected in future:    $ Ø

f.    Any other sources                    ☐ Yes ☑ No

    If "Yes," state:   Source:   NO

                   Amount received:       $ _____

                   Amount expected in future:    $ _____

5.    Do you have cash or checking or savings accounts?    ☑ Yes ☐ No
(including prison trust accounts)?

If "Yes," state the total amount: $ 112.70

6.    Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles, or other valuable property?    ☐ Yes ☑ No

If "Yes," describe the asset(s) and state the value of each asset listed:

7.    Do you have any other assets?    ☐ Yes ☑ No

If "Yes," list the asset(s) and state the value of each asset listed:

8.  Do you have any housing, transportation, utilities, or loan payments, or other regular monthly expenses?    ☐ Yes  ☑ No

If "Yes," describe and provide the amount of the monthly expense:

9.  List the persons (or, if under 18, initials only) who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support:

n/a

10. Do you have any debts or financial obligations?    ☑ Yes  ☐ No

If "Yes," describe the amounts owed and to whom they are payable:

Restitution: $558,000.00 + (Case # 2:18-cr-0008-JAM)

**If I am incarcerated and filing a prisoner civil rights complaint, I hereby authorize the agency having custody of me to collect from my trust account and forward to the Clerk of the United States District Court, payments toward the full filing fee of $350.00 for a prisoner civil rights complaint, in accordance with 28 U.S.C. § 1915(b).**

I declare under penalty of perjury that the above information is true and correct.

7/5/2022
DATE

D B
SIGNATURE OF APPLICANT

Derek Bluford
PRINTED NAME OF APPLICANT

Certificate and Statement of/under Penalty of Perjury Regarding Prison Trust Account.

    I, Derek Bluford, am an inmate at the Federal Correctional Institution of Sheridan, and the sole Plaintiff in the case.

    Despite my numerous attempts to have institutional staff complete the Certificate portion of the Application To Proceed In Forma Pauperis, they have refused to since my lawsuit is against the institution.

    However, I have enclosed 6 months of certified copy receipts from the institution, showing my full name, registration number, account balance and available balance. I further certify that this/these truly represent my available funds and that my average balance these last 6 months has been under $150.00.

    I declare under penalty of perjury that the above information is true and correct.

7-5-2022
Date

D    B

Derek Bluford

```
Sales Invoice  ---S.B.U.---
Sheridan FCI
MAIN
Account No. 77108097        TF57033
BLUFORD, DEREK
07/01/2022 07:14:08 AM TXN6021032    16
----------------------------------------
BEGINNING BALANCES:
Available Balance is $133.25
Spending Limit Balance is $180.00
Account Balance is $133.25
========================================
Qty   Description              Price
========================================
1 BOOK FOREVER STAM           $11.60
1 COUGH DROPS/ HL              $1.75
1 DIAL SOAP 72/C5              $1.30
1 HEMORRHOIDAL CREA            $3.50
1 GREETING CARD      6         $0.65
1 ENVELOPES/WHITE 2            $1.75

            Total             $20.55

Charge 77108097    $20.55
----------------------------------------
Items marked with # are Local Use Only

ENDING BALANCES:
Available Balance is $112.70
Spending Limit Balance is $176.30
Account Balance is $112.70
----------------------------------------


Signature ------------------------------

ALL SALES ARE FINAL - KEEP YOUR RECEIPT
```

```
Sales Invoice  ---S.B.U.---
Sheridan FCI
MAIN
Account No. 77108097        TF57033
BLUFORD, DEREK
07/17/2022 07:54:40 AM TXN6015551    23
----------------------------------------
BEGINNING BALANCES:
Available Balance is $69.20
Spending Limit Balance is $180.00
Account Balance is $69.20
========================================
Qty   Description              Price
========================================
1 BOOK FOREVER STAM           $11.60
1 HEMORRHOIDAL CREA            $3.50
1 DIAL SOAP 72/C5              $1.30
1 COUGH DROPS/ HL              $1.75
1 GREETING CARD      6         $0.65
1 LEGAL PAD/WHITE/ 0           $1.50
5 IBUPROFEN  200MG             $0.75
5 ASPIRIN FREE PACK            $0.75
3 ENVELOPES 20x65 5            $0.60

            Total             $22.40

Charge 77108097    $22.40
----------------------------------------
Items marked with # are Local Use Only

ENDING BALANCES:
Available Balance is $46.80
Spending Limit Balance is $175.05
Account Balance is $46.80
----------------------------------------


Signature ------------------------------

ALL SALES ARE FINAL - KEEP YOUR RECEIPT
```

```
Sales Invoice   ---S.B.U.---
Sheridan FCI
MAIN
Account No. 77108097      TF57033
BLUFORD, DEREK
05/13/2022 07:05:09 AM TX#5999664    16
---------------------------------------
BEGINNING BALANCES:
Available Balance is $170.15
Spending Limit Balance is $20.20
Account Balance is $170.15
=======================================
Qty  Description              Price
=======================================
 1 BOOK FOREVER STAM         $11.40
 1 COUGH DROP SF HL           $1.75
 2 IBUPROFEN  200MG           $0.30
 1 GREETING CARD    6         $0.65

              Total          $14.30

Charge 77108097   $14.30
---------------------------------------
Items marked with # are Local Use Only

ENDING BALANCES:
Available Balance is $155.85
Spending Limit Balance is $19.55
Account Balance is $155.85
---------------------------------------


Signature
---------------------------------------
ALL SALES ARE FINAL - KEEP YOUR RECEIPT
```

```
Sales Invoice   ---S.B.U.---
Sheridan FCI
MAIN
Account No. 77108097      TF57033
BLUFORD, DEREK
04/08/2022 08:47:53 AM TX#5983493    20
---------------------------------------
BEGINNING BALANCES:
Available Balance is $93.70
Spending Limit Balance is $25.00
Account Balance is $93.70
=======================================
Qty  Description              Price
=======================================
 1 CRAWFORD DANDRUFF          $2.10
 1 DIAL SOAP 72/CS            $1.30
 1 COUGH SF HALLS BL          $1.75
 1 COUGH DROP SF HL           $1.75
 1 ENVELOPES/WHITE 2          $1.75
 1 BOOK FOREVER STAM         $11.40
 1 GREETING CARD              $0.90

              Total          $21.15

Charge 77108097   $21.15
---------------------------------------
Items marked with # are Local Use Only

ENDING BALANCES:
Available Balance is $72.55
Spending Limit Balance is $18.05
Account Balance is $72.55
---------------------------------------


Signature
---------------------------------------
ALL SALES ARE FINAL - KEEP YOUR RECEIPT
```

```
Sales Invoice   ---S.R.U.---
Sheridan FCI
MAIN
Account No. 77108097        TF47652
BLUFORD, DEREK
03/04/2022 07:13:40 AM TX#5966231     25
----------------------------------------
BEGINNING BALANCES:
Available Balance is $115.25
Spending Limit Balance is $25.00
Account Balance is $115.25
========================================
Qty   Description              Price
========================================
  1 BOOK FOREVER STAM         $11.40
  1 ENVELOPES/WHITE 2          $1.75
  1 LEGAL PAD/WHITE 8          $1.50
  1 GREETING CARD  6           $0.65
  3 ENVELOPES 20653 5          $0.80
  1 DIAL SOAP 72/CS            $1.15

            Total             $17.25

Charge 77108097    $17.25
----------------------------------------
Items marked with * are Local Use Only

ENDING BALANCES:
Available Balance is $98.00
Spending Limit Balance is $19.35
Account Balance is $78.00
----------------------------------------


Signature-------------------------------

ALL SALES ARE FINAL - KEEP YOUR RECEIPT
```



```
Sales Invoice   ---S.R.U.---
Sheridan FCI
MAIN
Account No. 77108097        TF47652
BLUFORD, DEREK
03/07/2022 07:54:53 AM TX#6973782     26
----------------------------------------
BEGINNING BALANCES:
Available Balance is $78.25
Spending Limit Balance is $13.45
Account Balance is $78.25
========================================
Qty   Description /            Price
========================================
  1 BOOK FOREVER STAM         $11.40
  1 COUGH SP WALLS DL          $0.75
  1 DIAL SOAP 72/CS            $1.15
  1 CHMP SED DANDRUFF          $2.50

            Total             $16.60

Charge 77108097    $16.60
----------------------------------------
Items marked with * are Local Use Only

ENDING BALANCES:
Available Balance is $61.65
Spending Limit Balance is $12.20
Account Balance is $61.65
----------------------------------------


Signature-------------------------------

ALL SALES ARE FINAL - KEEP YOUR RECEIPT
```